**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY AS SUBROGEE
OF RAYSHAD JUWAN SCOTT,

        Plaintiff,

        v.

UNITED STATES OF AMERICA,

        Defendant.

CIVIL ACTION NO.: 4:25-cv-311

**O R D E R**

On March 3, 2026, the parties, through their counsel, advised the Court that this matter has been resolved through settlement. (See doc. 10.)  The parties state that the settlement forms have been executed and they anticipate filing a notice of dismissal once Defendant transmits the settlement funds to Plaintiff.  (Id. at p. 1.)  Accordingly, the Court **DIRECTS** the Clerk of Court to **ADMINISTRATIVELY CLOSE** this action.  See Heape v. Flanagan, No. 6:07-CV-12, 2008 WL 2439736 (S.D. Ga. June 9, 2008).

Within **forty-five (45) days** of the date this Order is entered, the parties—if they wish—may present a dismissal judgment, pursuant to Federal Rule of Civil Procedure 41(a)(2), incorporating the terms of their settlement, so the Court may retain jurisdiction to enforce the agreement.  In the alternative, the parties may simply file a joint stipulation of dismissal.  If the

parties fail to file a dismissal (or, if necessary, move to reopen the case) within **forty-five (45) days**, the Court will *sua sponte* dismiss the case with prejudice. <u>Kokkonen v. Guardian Life Ins. Co. of Am.</u>, 511 U.S. 375, 381–82 (1994).

    **SO ORDERED**, this 6th day of March, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2